ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 1 9 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| ANTHONY ALEXANDER FERRARI (01) | 4-17CR-122-Y |

# INDICTMENT

The Grand Jury Charges:

## Count One
Possession of Controlled Substance With Intent to Distribute
(Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about May 8, 2017, in the Fort Worth Division of the Northern District of Texas, the defendant **Anthony Alexander Ferrari**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL.

_____
FOREPERSON


JOHN R. PARKER
UNITED STATES ATTORNEY

_____
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:    817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ANTHONY ALEXANDER FERRARI (01)

INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
Possession of Controlled Substance With Intent to Distribute
Count 1

A true bill rendered

*[signature]*

FORT WORTH                                                                                          FOREPERSON

Filed in open court this 19th day of July, 2017.

**Defendant in Federal Custody since June 20, 2017**

*[signature]*

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   4:17-MJ-00455-BJ