IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.            No. 4:17-CR-122-Y

ANTHONY ALEXANDER FERRARI (01)

## GOVERNMENT'S NOTICE REGARDING ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Notice Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that Anthony Alexander Ferrari is entitled to a reduction for Acceptance of Responsibility, and that his offense level is 16 or greater, the Government moves that Ferrari receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because Ferrari has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney
State Bar of Texas No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882
Telephone:   817-252-5200
Facsimile:    817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2017, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following parties who have consented in writing to accept this Notice as service of this document by electronic means: U.S. Probation Office and Cody Cofer, counsel for defendant.

*s/ Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney