ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 16 2017
CLERK, U.S. DISTRICT COURT
By _____
     Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                    No. 4:17-CR-122-Y

ANTHONY ALEXANDER FERRARI (01)

## FACTUAL RÉSUMÉ

Indictment
~~INFORMATION~~:

Count One: Possession of a Controlled Substance With Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

## MAXIMUM PENALTY:

- Imprisonment for a period not to exceed 20 years;

- A fine not to exceed $1,000,000, or both a fine and imprisonment;

- A supervised-release term of at least three years, which is mandatory under law and will follow any imprisonment term. If the defendant violates any of the supervised-release conditions, he could be imprisoned for the entire supervised-release term, resulting in more prison time;

- A $100 mandatory special assessment;

- Incarceration and supervision costs.

OFFENSE ELEMENTS:

The elements the government must prove beyond a reasonable doubt to establish the offense alleged in Count One of the ~~Information~~ Indictment are:

First: The defendant knowingly possessed a controlled substance;

Second: The substance was in fact methamphetamine; and

Third: The defendant possessed the substance with the intent to distribute it.

STIPULATED FACTS:

On or about May 8, 2017, a Texas Department of Public Safety Highway Patrol Trooper stopped Ferrari for a traffic violation. A search of Ferrari's car uncovered methamphetamine in a clear plastic bag hidden behind the control panel of the driver's side window. Ferrari admits he knowingly possessed the methamphetamine with the intent to distribute it.

SIGNED this 3 day of August, 2017.

_____  
ANTHONY ALEXANDER FERRARI  
Defendant

_____  
CODY COFER  
Counsel for Defendant