MO-1 (3/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE **Terry R. Means** PRESIDING  COURT REPORTER/TAPE: **Ana Warren**
DEPUTY CLERK **Carmen Bush**  USPO **John Kleven**
LAW CLERK _____  INTERPRETER _____
CSO: **Ted Carmean**

CR. No. **4:17-CR-122-Y**   DEFT. No. **(1)**

UNITED STATES OF AMERICA  §   **Frank L Gatto,** AUSA
§
v.  §
§
ANTHONY ALEXANDER FERRARI  §   **Cody Cofer, (F)**
Defendant's Name       Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Date Held: **1-4-17**
Hearing Type: ☐ Sentencing Hearing - Contested  ☒ Sentencing Hearing - Non-Evidentiary
Time in Court: **28 mins.**
Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty Plea ☐ None
Days in Trial: _____
Hearing Concluded: ☒ Yes ☐ No

☒ Sentencing held. ☐ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☐ Sentencing Guidelines ☐ Departs Upward ☐ Departs Downward

### SENTENCING TEXT:

☐ .. Deft. placed on: Probation for _____.
☒ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of **151 months***.
☒ .. Deft. placed on: Supervised Released for **3 years.**
☐ .. Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____.
☐ .. Count(s) _____ dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
☒ .. $ **100.00** special assessment on Count(s) **1**
of ☐ Complaint ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.

☐ ...... Deft ordered to surrender to the designated institution on _____.
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ revoked
☒ ...... Deft Advised of his right to appeal.
☐ ...... Deft requests Clerk to enter notice of Appeal.
☒ ...... Deft Custody/Detention continued.
☒ ...... ~~Deft REMANDED to custody~~  Court recommends incarceration at **a facility in the Montana district.**

**FILED**

**January 04, 2018**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

OTHER PROCEEDINGS/INFORMATION: ***to run consecutively to any sentence that may be imposed in case no. F17-395-431 in the 431st Judicial District Court, Denton County, Texas.**

Attorney admissions: (3).